**Gustaf Adolf Eckman and Earl Dwyer, appellants, v. Independent Order of Svithiod et al., appellees. Gen. No. 38,020.**

Heard in the first division of this court for the first district at the February term, 1935. ▮▮▮▮▮▮▮▮▮▮ Opinion filed May 6, 1935.

Kenneth B. Kirk, for appellants. Harry A. Biossat and Nels H. Olson, for certain appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.